```
                               United States Bankruptcy Court
                               Middle District of Pennsylvania
In re:                                                                  Case No. 17-03316-JJT
Frank Rasole, Jr.                                                       Chapter 13
         Debtor                       CERTIFICATE OF NOTICE
District/off: 0314-4          User: LyndseyPr               Page 1 of 2                  Date Rcvd: Nov 22, 2017
                              Form ID: ntcnfhrg             Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2017.
db             +Frank Rasole, Jr.,    814 Chestnut Street,    Williamsport, PA 17701-3620
aty            +Christopher K. Baxter,    Marinosci and Baxter,    14643 Dallas Parkway,    Suite 750,
                 Dallas, TX 75254-8884
4955843        +All State Fire & Casualty,    PO Box 4303,    Carol Stream, IL 60197-4303
4955844        +Comcast,    Po Box 3001,    Southeastern, PA 19398-3001
4955845        +Comnwlth Fin,    960 N Main Ave,    Scranton, PA 18508-2126
4955846       ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
                (address filed with court: DirecTV,     PO Box 78626,    Phoenix, AZ 85062-8626)
4955847        +Eos Cca,    300 Canal View Blvd Ste,    Rochester, NY 14623-2811
4955848        +First National Collection Bureau,     610 Wlatham Way,    Sparks, NV 89434-6695
4955849        +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
4955850        +Ford Cred,    Po Box Box 542000,    Omaha, NE 68154-8000
4955851        +Hillcrest Davidson & A,    715 N Glenville Dr Ste 4,     Richardson, TX 75081-2879
4955852        +KML Law Group,    701 Market Street, Suite 5000,     Philadelphia, PA 19106-1541
4955854       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage,      350 Highland Dr,    Lewisville, TX 75067)
4955855         New York State Department Of Labor,     Unmeployment Insurance - Claim,    PO Box 4320,
                 Binghamton, NY 13902-4320
4955856         PP&L,    2 NORTH 9TH STREET,    ALLENTOWN, PA 18101-1179
4990727        +PPL Electric Utilities,    827 Hausman Road,    Allentown, PA 18104-9392
4955857         Safe Home,    Rocky Hill, CT 06067
4955862        +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4955853         E-mail/PDF: resurgentbknotifications@resurgent.com Nov 22 2017 19:12:11      LVNV Funding,,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4989570         E-mail/PDF: resurgentbknotifications@resurgent.com Nov 22 2017 19:12:03
                 LVNV Funding, LLC its successors and assigns as,     assignee of Arrow Financial Services,,
                 LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4967510        +E-mail/Text: bkteam@selenefinance.com Nov 22 2017 19:03:38      Selene Finance,
                 9990 Richmond Avenue,    Suite 400 South,    Houston, TX 77042-4546
4955858        +E-mail/Text: bankruptcy@sw-credit.com Nov 22 2017 19:03:56      Southwest Credi,
                 4120 International Pkwy,    Carrollton, TX 75007-1957
4955859         E-mail/Text: bankruptcy@sw-credit.com Nov 22 2017 19:03:56      Southwest Credit,
                 4120 International Parkway,    Suite 1100,    Carrollton, TX 75007-1958
4955860         E-mail/Text: bkrcy@ugi.com Nov 22 2017 19:04:21      UGI Central Penn Gas,   P.O. Box 15533,
                 Wilmington, DE 19886
4955861         E-mail/Text: bkrcy@ugi.com Nov 22 2017 19:04:21      UGI Utilities,   2525 North 12th Street,
                 Reading, PA 19605
4960620         E-mail/Text: bkrcy@ugi.com Nov 22 2017 19:04:21      UGI Utilities Inc,   PO Box 13009,
                 Reading PA 19612
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4972726         MTGLQ Investors, L.P.
4967495*       +All State Fire & Casualty,    PO Box 4303,    Carol Stream, IL 60197-4303
4967496*       +Comcast,    Po Box 3001,    Southeastern, PA 19398-3001
4967497*       +Comnwlth Fin,    960 N Main Ave,    Scranton, PA 18508-2126
4967498*      ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
                (address filed with court: DirecTV,     PO Box 78626,    Phoenix, AZ 85062-8626)
4967499*       +Eos Cca,    300 Canal View Blvd Ste,    Rochester, NY 14623-2811
4967500*       +First National Collection Bureau,     610 Wlatham Way,    Sparks, NV 89434-6695
4967501*       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
4967502*       +Ford Cred,    Po Box Box 542000,    Omaha, NE 68154-8000
4967503*       +Hillcrest Davidson & A,    715 N Glenville Dr Ste 4,     Richardson, TX 75081-2879
4967504*       +KML Law Group,    701 Market Street, Suite 5000,     Philadelphia, PA 19106-1541
4967505*        LVNV Funding,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4967506*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage,      350 Highland Dr,    Lewisville, TX 75067)
4967507*        New York State Department Of Labor,     Unmeployment Insurance - Claim,    PO Box 4320,
                 Binghamton, NY 13902-4320
4967508*        PP&L,    2 NORTH 9TH STREET,    ALLENTOWN, PA 18101-1179
4967509*        Safe Home,    Rocky Hill, CT 06067
4967511*       +Southwest Credi,    4120 International Pkwy,    Carrollton, TX 75007-1957
4967512*        Southwest Credit,    4120 International Parkway,    Suite 1100,    Carrollton, TX 75007-1958
4967513*      ++UGI UTILITIES INC,    ATTN CREDIT & COLLECTIONS,     P O BOX 13009,    READING PA 19612-3009
                (address filed with court: UGI Central Penn Gas,     P.O. Box 15533,    Wilmington, DE 19886)
4967514*      ++UGI UTILITIES INC,    ATTN CREDIT & COLLECTIONS,     P O BOX 13009,    READING PA 19612-3009
                (address filed with court: UGI Utilities,    2525 North 12th Street,     Reading, PA 19605)
4967515*       +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
                                                                                        TOTALS: 1, * 20, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2017 at the address(es) listed below:
      Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
      James Warmbrodt    on behalf of Creditor    MTGLQ Investors, L.P. bkgroup@kmllawgroup.com
      Paul W McElrath, Jr.    on behalf of Debtor 1 Frank  Rasole, Jr. ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                                                                                            TOTAL: 4

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Frank Rasole Jr.<br>Debtor(s) | Chapter 13<br><br>Case No. 4:17−bk−03316−JJT |

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **December 21, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court<br>US Courthouse, Courtroom #3, 3rd Floor, 240 West 3rd Street,<br>Williamsport, PA 17701 | Date: January 26, 2018<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>197 S Main St, Wilkes−Barre, PA 18701 OR<br>228 Walnut St,Rm320,Harrisburg, PA 17101<br>570−831−2500/717−901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 22, 2017 |