United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Frank Rasole, Jr.  
    Debtor

Case No. 17-03316-JJT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0314-4     User: REshelman     Page 1 of 1     Date Rcvd: May 31, 2018  
                    Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2018.  
db            +Frank Rasole, Jr.,    814 Chestnut Street,    Williamsport, PA 17701-3620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                               TOTAL: 0

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2018 at the address(es) listed below:  
            Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com  
            James    Warmbrodt    on behalf of Creditor    MTGLQ Investors, L.P. bkgroup@kmllawgroup.com  
            Paul W McElrath, Jr.    on behalf of Debtor 1 Frank  Rasole, Jr. ecf@mcelrathlaw.com,  
            donotemail.ecfbackuponly@gmail.com  
            United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
                                                                                                         TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: :
:
Frank Rasole, Jr., : Case No. 4:17-bk-03316-JJT
:
    Debtors, : Chapter 13
:
Frank Rasole, Jr., :
    Movants :
:
Vs. :
:
Charles J. DeHart, III, Esquire :
(Trustee) :
    Respondent :

## ORDER

    **AND NOW** upon consideration of the MOTION TO MODIFY CHAPTER 13 PLAN POST-CONFIRMATION ( docket 48) , it is hereby **ordered and directed** as follows:

1. The Motion to Modify the Chapter 13 Plan Post-Confirmation is GRANTED.

Dated: May 30, 2018      By the Court,

    */s/ John J. Thomas*
_____
John J. Thomas, Bankruptcy Judge (RPR)