# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     FRANK RASOLE, JR.            CHAPTER 13

       Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
      Movant                            CASE NO:   4-17-03316-JJT

FRANK RASOLE, JR.

       Respondent(s)

## CERTIFICATION OF DEFAULT

     AND NOW on August 29, 2018, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

     As of August 29, 2018, the Debtor(s) is/are $4851.57 in arrears with a plan payment having last been made on Nov 16, 2017

     In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

                                                Respectfully Submitted,
                                                /s/ Liz Joyce
                                                for Charles J. DeHart, III, Trustee
                                                8125 Adams Drive, Suite A
                                                Hummelstown, PA 17036
                                                Phone: (717) 566-6097

Dated: August 29, 2018

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: FRANK RASOLE, JR.

        Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
        Movant

CHAPTER 13

CASE NO: 4-17-03316-JJT

CERTIFICATION OF DEFAULT

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 29, 2018, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

| | |
|---|---|
| PAUL W McELRATH, JR, ESQUIRE<br>McELRATH LEGAL HOLDINGS, LLC<br>1641 SAW MILL RUN BLVD<br>PITTSBURGH, PA 15210- | SERVED ELECTRONICALLY |
| FRANK RASOLE, JR.<br>814 CHESTNUT STREET<br>WILLIAMSPORT, PA 17701 | SERVED BY 1ST CLASS MAIL |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | SERVED ELECTRONICALLY |

I certify under penalty of perjury that the foregoing is true and correct.

Dated: August 29, 2018

Respectfully submitted,
Liz Joyce
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com