```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 17-03316-JJT
Frank Rasole, Jr.                                                       Chapter 13
         Debtor
                                 CERTIFICATE OF NOTICE
District/off: 0314-4          User: REshelman               Page 1 of 2            Date Rcvd: Aug 30, 2018
                              Form ID: pdf010               Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2018.
db             +Frank Rasole, Jr.,    814 Chestnut Street,    Williamsport, PA 17701-3620
aty            +Christopher K. Baxter,    Marinosci and Baxter,    14643 Dallas Parkway,    Suite 750,
                 Dallas, TX 75254-8884
4955843        +All State Fire & Casualty,    PO Box 4303,    Carol Stream, IL 60197-4303
4955844        +Comcast,   Po Box 3001,    Southeastern, PA 19398-3001
4955845        +Comnwlth Fin,    960 N Main Ave,    Scranton, PA 18508-2126
4955846       ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
                (address filed with court:  DirecTV,     PO Box 78626,    Phoenix, AZ 85062-8626)
5000489         Directv, LLC,    by American InfoSource LP as agent,     PO Box 5008,
                 Carol Stream, IL  60197-5008
4955847        #+Eos Cca,    300 Canal View Blvd Ste,    Rochester, NY 14623-2811
4955848       ++FIRST NATIONAL COLLECTION BUREAU,     50 W LIBERTY ST,    STE 250,    RENO NV 89501-1973
                (address filed with court:  First National Collection Bureau,     610 Wlatham Way,
                 Sparks, NV 89434)
4955849        +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
4955850        +Ford Cred,    Po Box Box 542000,    Omaha, NE 68154-8000
4955851        +Hillcrest Davidson & A,    715 N Glenville Dr Ste 4,    Richardson, TX 75081-2879
4955852        +KML Law Group,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
4955854       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  Nationstar Mortgage,    350 Highland Dr,    Lewisville, TX 75067)
4955855         New York State Department Of Labor,    Unmeployment Insurance - Claim,    PO Box 4320,
                 Binghamton, NY 13902-4320
4955856         PP&L,   2 NORTH 9TH STREET,     ALLENTOWN, PA 18101-1179
4990727        +PPL Electric Utilities,    827 Hausman Road,    Allentown, PA 18104-9392
4955857         Safe Home,    Rocky Hill, CT 06067

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4955853         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 30 2018 19:02:29     LVNV Funding,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4989570         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 30 2018 19:02:13
                 LVNV Funding, LLC its successors and assigns as,     assignee of Arrow Financial Services,,
                 LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5002486        +E-mail/Text: bkteam@selenefinance.com Aug 30 2018 19:00:47      MTGLQ Investors, L.P.,
                 C/O Selene Finance LP,    9990 Richmond Ave,    Houston, TX 77042-4559
4967510        ++E-mail/Text: bkteam@selenefinance.com Aug 30 2018 19:00:47     Selene Finance,
                 9990 Richmond Avenue,    Suite 400 South,    Houston, TX 77042-4546
4955858        +E-mail/Text: bankruptcy@sw-credit.com Aug 30 2018 19:00:58      Southwest Credi,
                 4120 International Pkwy,    Carrollton, TX 75007-1957
4955859         E-mail/Text: bankruptcy@sw-credit.com Aug 30 2018 19:00:58      Southwest Credit,
                 4120 International Parkway,    Suite 1100,    Carrollton, TX 75007-1958
4955860         E-mail/Text: bkrcy@ugi.com Aug 30 2018 19:01:12     UGI Central Penn Gas,    P.O. Box 15533,
                 Wilmington, DE 19886
4955861         E-mail/Text: bkrcy@ugi.com Aug 30 2018 19:01:12     UGI Utilities,    2525 North 12th Street,
                 Reading, PA 19605
4960620         E-mail/Text: bkrcy@ugi.com Aug 30 2018 19:01:12     UGI Utilities Inc,    PO Box 13009,
                 Reading PA 19612
4955862        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 30 2018 19:00:42
                 Verizon,   500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4972726          MTGLQ Investors, L.P.
4967495*        +All State Fire & Casualty,    PO Box 4303,    Carol Stream, IL 60197-4303
4967496*        +Comcast,   Po Box 3001,    Southeastern, PA 19398-3001
4967497*        +Comnwlth Fin,    960 N Main Ave,    Scranton, PA 18508-2126
4967498*       ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
                 (address filed with court:  DirecTV,     PO Box 78626,    Phoenix, AZ 85062-8626)
4967499*        +Eos Cca,    300 Canal View Blvd Ste,    Rochester, NY 14623-2811
4967500*       ++FIRST NATIONAL COLLECTION BUREAU,     50 W LIBERTY ST,    STE 250,    RENO NV 89501-1973
                 (address filed with court:  First National Collection Bureau,    610 Wlatham Way,
                  Sparks, NV 89434)
4967501*        +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
4967502*        +Ford Cred,    Po Box Box 542000,    Omaha, NE 68154-8000
4967503*        +Hillcrest Davidson & A,    715 N Glenville Dr Ste 4,    Richardson, TX 75081-2879
4967504*        +KML Law Group,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
4967505*         LVNV Funding,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4967506*       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:  Nationstar Mortgage,    350 Highland Dr,    Lewisville, TX 75067)
4967507*         New York State Department Of Labor,    Unmeployment Insurance - Claim,    PO Box 4320,
                  Binghamton, NY 13902-4320
4967508*         PP&L,   2 NORTH 9TH STREET,     ALLENTOWN, PA 18101-1179
4967509*         Safe Home,    Rocky Hill, CT 06067
4967511*        +Southwest Credi,    4120 International Pkwy,    Carrollton, TX 75007-1957
4967512*         Southwest Credit,    4120 International Parkway,    Suite 1100,    Carrollton, TX 75007-1958
```

```
District/off: 0314-4           User: REshelman            Page 2 of 2              Date Rcvd: Aug 30, 2018
                               Form ID: pdf010            Total Noticed: 28
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
4967513*       ++UGI UTILITIES INC,    ATTN CREDIT & COLLECTIONS,     P O BOX 13009,    READING PA 19612-3009
                (address filed with court:   UGI Central Penn Gas,    P.O. Box 15533,    Wilmington, DE 19886)
4967514*       ++UGI UTILITIES INC,    ATTN CREDIT & COLLECTIONS,     P O BOX 13009,    READING PA 19612-3009
                (address filed with court:   UGI Utilities,    2525 North 12th Street,    Reading, PA 19605)
4967515*        +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
                                                                                     TOTALS: 1, * 20, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   MTGLQ Investors, L.P. bkgroup@kmllawgroup.com
              Paul W McElrath, Jr.   on behalf of Debtor 1 Frank  Rasole, Jr. ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

FRANK RASOLE, JR.

Debtor 1

Chapter: 13

Case No.: 4:17-bk-03316 JJT

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    vs.    Movant(s)

FRANK RASOLE, JR.

Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Dated: August 30, 2018

By the Court,

_____
John J. Thomas, Bankruptcy Judge (RPR)